| | |
|---|---|
| Attorney or Party Name, Address, Telephone and Fax Number, and CA State Bar No.<br>ROBERT E. OPERA – State Bar No. 101182<br>   ropera@winthropcouchot.com<br>RICHARD H. GOLUBOW – State Bar No. 160434<br>   rgolubow@winthropcouchot.com<br>PAYAM KHODADADI – State Bar No. 239906<br>   pkhodadadi@winthropcouchot.com<br>**WINTHROP COUCHOT**<br>**PROFESSIONAL CORPORATION**<br>660 Newport Center Drive, Fourth Floor<br>Newport Beach, CA 92660<br>Telephone: (949) 720-4100<br>Facsimile:  (949) 720-4111<br><br>Counsel for the Official Committee<br>of Creditors Holding Unsecured Claims | FOR COURT USE ONLY<br><br>**FILED & ENTERED**<br><br>**JUL 09 2010**<br><br>**CLERK U.S. BANKRUPTCY COURT**<br>**Central District of California**<br>**BY reid       DEPUTY CLERK** |

**UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| In re:<br><br>MTI TECHNOLOGY CORPORATION, a Delaware corporation,<br><br>           Debtor and<br>           Debtor-in-Possession. | |
| OFFICIAL COMMITTEE OF CREDITORS HOLDING UNSECURED CLAIMS,<br><br>                Plaintiff,<br>v.<br><br>NORR STIEFENHOER LUTZ,<br><br>                Defendant. | Case No. 8:07-13347-ES<br><br>Chapter 11 Proceeding<br><br>Adversary Proc. No. 8:09-01611 ES |

**DEFAULT JUDGMENT
(WITHOUT PRIOR JUDGMENT)**

Based on the Defendant's failure to respond to the Complaint, the Court renders its judgment as follows:

///
///
///

Order#25924#061d65d8-2998-4d80-8a94-d15d71141c05

1. Judgment shall be entered in favor of Plaintiff Official Committee of Creditors Holding Unsecured Claims and against Norr Stiefenhoer Lutz.

2. a. ☒ Plaintiff is awarded damages in the following amount: $25,207.80
   b. ☒ Plaintiff is awarded costs in the following amount: $250.00
   c. ☐ Plaintiff is awarded attorney fees in the following amount: $
   d. ☒ Plaintiff is awarded interest at the rate of 0.36% per year from October 14, 2009 to the date of entry of this Judgment.
   e. ☐ Plaintiff is granted the following relief (*specify*): ☐ See Attached Page

3. ☐ This Judgment or claim is determined to be non-dischargeable under: ☐ Bankruptcy Code §523(a)____
   ☐ Other (*specify*):

4. ☐ The Court further adjudges as follows: ☐ See Attached Page

###

DATED: July 9, 2010

*Erithe A. Smith*
United States Bankruptcy Judge

Order#25924#061d65d8-2998-4d80-8a94-d15d71141c05

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: 660 Newport Center Dr. Fourth Floor, Newport Beach, CA 92660

A true and correct copy of the foregoing document described **DEFAULT JUDGMENT (WITHOUT PRIOR JUDGMENT)** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

I. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On _____ I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☐ Service information continued on attached page

II. **SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served)**:**
On June 24, 2010 I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed*.*

Norr Stiefenhoer Lutz
Attn: Corp Officer
Dr. Gerald Reger, Rechtsanwalt
Fachanwalt Fur Steuerrecht
Brienner Str. 28
D-80333 Munchen
Germany

III. **SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on _____, I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| June 24, 2010 | Viann Corbin | /s/ Viann Corbin |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

**NOTICE OF ENTERED ORDER AND SERVICE LIST**

Notice is given by the Court that a judgment or order entitled **DEFAULT JUDGMENT (WITHOUT PRIOR JUDGMENT)** was entered on the date indicated as "Entered" on the first page of this judgment or order and will be served in the manner indicated below:

**I.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF"):** Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s), the foregoing document was served on the following person(s) by the Court via NEF and hyperlink to the judgment or order.  As of June 24, 2010, the following person(s) are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the e-mail address(es) indicated below:

- Richard H Golubow     rgolubow@winthropcouchot.com, pj@winthropcouchot.com
- Eve A Marsella     emarsella@lawcgm.com
- United States Trustee (SA)     ustpregion16.sa.ecf@usdoj.gov

☐ Service information continued on next page

**II.  SERVED BY THE COURT VIA U.S. MAIL:** A copy of this notice and a true copy of this judgment or order was sent by United States Mail, first class postage prepaid, to the following person(s) and/or entity(ies) at the address(es) indicated below:

☐ Service information continued on next page

**III.  TO BE SERVED BY THE LODGING PARTY:** Within 72 hours after receipt of a copy of this judgment or order which bears an "Entered" stamp, the party lodging the judgment or order will serve a complete copy bearing an "Entered" stamp by U.S. Mail, overnight mail, facsimile transmission or e-mail and file a proof of service of the entered order on the following person(s) and/or entity(ies) at the address(es), facsimile transmission number(s) and/or e-mail address(es) indicated below:

Via Mail
Norr Stiefenhoer Lutz
Attn: Corp Officer
Dr. Gerald Reger, Rechtsanwalt
Fachanwalt Fur Steuerrecht
Brienner Str. 28
D-80333 Munchen
Germany

☐ Service information continued on next page

Order#25924#061d65d8-2998-4d80-8a94-d15d71141c05